UNITED STATES of America, Plaintiff–Appellee,

v.

Tony SMITH, a.k.a. Rapp Ware, Defendant–Appellant.

No. 08–10623 Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 10, 2008.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Laura Wheaton, Statesboro, GA, for Defendant–Appellant.

Before ANDERSON, BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

Laura Wheaton, appointed counsel for Tony Smith in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Smith's conviction and sentence are **AFFIRMED.**